United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| CARLOS ENRIQUE VASQUEZ LOPEZ, "Petitioner," | § § § § § § § § § § § | |
| v. | | Civil Action No. 1:26-CV-00731 |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.,* "Respondents," | | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("Report and Recommendation"), and "Petitioner's Objections to Magistrate Report and Recommendation" (Dkt. No. 5) ("Objections").

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 4) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this August 4, 2026

_____
Rolando Olvera
United States District Judge

1 / 1